IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOYCE E. LAFRENIERE | § | |
| | § | |
| VS. | § | ACTION NO. 4:03-CV-779-Y |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of Social Security | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States Magistrate Judge; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff makes the same arguments in her objections that were addressed in detail in the magistrate judge's findings. This Court, after <u>de novo</u> review, finds and determines that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's findings.

It is ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. The decision of the Commissioner is AFFIRMED.

SIGNED May 19, 2005.

*Terry R. Means*

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE